BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER STEEL SERVICES, B.V.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CLIPPER STEEL SERVICES, B.V., | |
|---|---|
| Plaintiff, | 07 Civ. |
| -against- | |
| GREMIO UNIDO DE ALIJADORES S.C. DE R.L., | **Rule 7.1 Statement** |
| Defendant. | |


**07 CV 10963**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CLIPPER STEEL SERVICES, B.V. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
          December 3, 2007

                                        BLANK ROME LLP
                                        Attorneys for Plaintiff
                                        CLIPPER STEEL SERVICES, B.V.

                                        By _____
                                           LeRoy Lambert (LL 3519)
                                           The Chrysler Building
                                           405 Lexington Avenue
                                           New York, NY 10174-0208
                                           Tel.: (212) 885-5000

695117.00603/6595139v.1