BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER STEEL SERVICES, B.V.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CLIPPER STEEL SERVICES, B.V., | |
|---|---|
| Plaintiff, | 07 Civ. 10963 (PKC) |
| -against- | **NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE AND OF VACATING OF ORDER OF MARITIME ATTACHMENT AND GARNISHMENT** |
| GREMIO UNIDO DE ALIJADORES S.C. DE R.L., | |
| Defendant. | |

Plaintiff, CLIPPER STEEL SERVICES, B.V., by its attorneys Blank Rome LLP, prior to the entry of any appearance by defendant, hereby voluntarily dismisses this action and agrees that the Court may 1) vacate the Order of Maritime Attachment and Garnishment herein ("Order"), without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and 2) that any funds attached pursuant to the Order are to be returned to Defendant.

Dated: New York, New York
March 19, 2008

SO ORDERED:

_____
U.S.D.J.

BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER STEEL SERVICES, B.V.

By _____
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

695117.00603/6625049v.1